IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMIKA HOLMES** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 1:22-cv-01478-JEB |
| | : |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | : |
| | : |

# DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S ("WMATA") STATEMENT OF MATERIAL FACTS NOT IN DISPUTE[1]

1. Plaintiff, who was hired on September 24, 2001, is currently a police lieutenant in WMATA's Metro Transit Police Department ("MTPD"). Holmes Dep. 7:6-22 – 8:1-6, July 6, 2023, ECF No. 12-2.

2. On December 5, 2016, Plaintiff was issued a letter of reprimand for violating MTPD General Order 215 for operating her private vehicle while on duty, without approval of an official. ECF No. 12-3.

3. On August 7, 2017, Plaintiff was issued a letter of reprimand for inappropriately earned compensatory time without approval in order to complete administrative tasks after an internal audit on timekeeping. ECF No. 12-4

4. On September 27, 2017, Plaintiff received a five (5) day suspension, without pay, for failing to provide a Command Notification regarding the kidnapping of a

---

[1] The following facts are undisputed for the purpose of this motion only.

1

WMATA bus operator. ECF No. 12-5.

5. On April 6, 2018, Plaintiff received a written warning for failing to properly staff her shift on Easter Monday of 2018. ECF No. 12-6.

6. On July 26, 2018, Plaintiff filed an internal complaint of discrimination with WMATA's Office of Fair Practices ("FAIR") alleging that her prior discipline was racially discriminatory. ECF No. 12-7.

7. On November 1, 2018, Plaintiff received a letter of reprimand for her violation of MTPD General Order 231 because she failed to contact a citizen who complained about a traffic stop and start a preliminary investigation into said traffic stop. ECF No. 12-8.

8. On January 4, 2019, Plaintiff received a letter of reprimand for violating MTPD General Order 255 because she granted six (6) MTPD police officers leave above the two (2) officer allowance given by her commanding officer. ECF No. 12-9.

9. On January 10, 2019, FAIR issued the results of its internal investigation into Plaintiff's 2018 above-mentioned internal complaint finding that MTPD had legitimate, non-discriminatory reasons for each action complained of by Plaintiff. ECF No. 12-7.

10. On August 28, 2020, Plaintiff files a second internal complaint of discrimination with WMATA's Office of Fair Practices alleging that she was subject to retaliation because she filed the 2018 internal complaint and that she was subject to race/color/gender discrimination in violation of WMATA policy. ECF No. 12-10.

11. On December 30, 2020, Plaintiff was issued a written dereliction in violation of General Order 215 when she was cited for ordering two junior officers to

sign a Talent Release form without telling them it was consensual. ECF No. 12-11

12. On January 21, 2021, Plaintiff was demoted to Sergeant in lieu of termination for four (4) violations of MTPD General Order 216. ECF No. 12-12.

13. On February 19, 2021, because of an investigation into alleged missing evidence, initiated on January 29, 2021, Plaintiff receives no discipline, and Plaintiff receives an "Exonerated" findings classification. ECF No. 12-13.

14. On February 26, 2021, (seven days later) the findings classification for the above-mentioned investigation is changed to "Unfounded." ECF No. 12-14.

15. On July 17, 2021, Plaintiff filed Charge of Discrimination (#570-2021-01998) with the D.C. Office of Human Rights and the EEOC alleging retaliation and a hostile work environment. ECF No. 12-15.

16. On March 27, 2023, Plaintiff earns a promotion back to Lieutenant and is reassigned to Patrol Operations. Holmes Dep. 7:6-22 & 8:1-6. ECF No. 12-2.

Respectfully submitted,

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

*/s/ Michael K. Guss*
Michael K. Guss #465171
Senior Counsel
WMATA- Legal Dept.
300 7th Street, SW
Washington, D.C. 20024
(202) 962-1468

Attorney for WMATA