

# Transcript of Tomika Holmes

**Date:** July 6, 2023
**Case:** Holmes -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Tomika Holmes
Conducted on July 6, 2023

1 (1 to 4)

```
                                    1
 1        IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - x
 4   TOMIKA HOLMES,         :
 5          Plaintiff,      :
 6       v.                 :  Case No.
 7   WASHINGTON             :  1:12-cv-01478-JEB
 8   METROPOLITAN AREA      :
 9   TRANSIT AUTHORITY,     :
10          Defendant.      :
11   - - - - - - - - - - - - x
12
13            Deposition of TOMIKA HOLMES
14               Conducted Virtually
15              Thursday, July 6, 2023
16                   10:51 a.m.
17
18
19   Job No.: 498977
20   Pages:  1 - 170
21   Reported By:  Carla L. Andrews, RPR
22
```

```
                                    2
 1       Deposition of TOMIKA HOLMES, conducted
 2   virtually.
 3
 4
 5
 6       Pursuant to Notice, before Carla L. Andrews,
 7   Notary Public in and for the District of Columbia.
```

```
                                    3
 1               A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF:
 3       DONNA WILLIAMS RUCKER, ESQUIRE
 4       TULLY RINCKEY, PLLC
 5       2001 L Street, N.W.
 6       Suite 902
 7       Washington, D.C. 20036
 8       DRucker@fedattorney.com
 9
10   ON BEHALF OF THE DEFENDANT:
11       MICHAEL K. GUSS, ESQUIRE
12       WASHINGTON METROPOLITAN AREA TRANSIT
13       AUTHORITY
14       300 7th Street, S.W.
15       Washington, D.C. 20024
```

```
                                    4
 1               C O N T E N T S
 2   EXAMINATION OF TOMIKA HOLMES         PAGE
 3     By Mr. Guss                          5
 4
 5               E X H I B I T S
 6           (Attached to Transcript)
 7   DEPOSITION EXHIBIT                   PAGE
 8   NO. 1 -- Charge of Discrimination     10
 9   NO. 2 -- Memorandum, February 19, 2021  17
10   NO. 3 -- Memorandum, February 24, 2021  52
```

Transcript of Tomika Holmes
Conducted on July 6, 2023

2 (5 to 8)

---

5

1           P-R-O-C-E-E-D-I-N-G-S
2   Thereupon,
3              TOMIKA HOLMES,
4   was called as a witness and, after being duly sworn
5   by the notary, was examined and testified as
6   follows:
7              EXAMINATION BY COUNSEL
8                 FOR THE DEFENDANT
9       BY MR. GUSS:
10      Q.   So Lieutenant Holmes, my name is Michael
11  Guss.  I represent WMATA, the entity you are suing
12  in this suit today.  I know your more than capable
13  attorney has already gone over this, but this is a
14  discovery deposition to, you know, ask you questions
15  and to evaluate the case going forward.
16           Just a few ground rules.  You may
17  anticipate where I am going with a question, but
18  allow me to complete the question before you begin
19  to answer.  Again, that's for your benefit so you
20  can have a clean record of what was asked and your
21  answer.  Also, usually when these things start to go
22  a little long -- and I don't think this is going to

6

1   go very long -- but usually people get comfortable
2   and it becomes more of a conversation.  And when
3   people get comfortable, they use non-verbal language
4   like if it is a yes or a no, they will nod or --
5   don't do that.  Try to verbalize your answer as best
6   possible.  Again, that's for your benefit to have a
7   good clean transcript of what my question was and
8   what your answer was.
9            If you need to take a break, just let
10  your attorney or let us know that you need to take a
11  break and we will break.  Also, so the first couple
12  of questions I have asked of everyone, so do not be
13  offended, okay?
14      A.   Sure.
15      Q.   All right.  So within the last 24 hours,
16  have you had any alcoholic beverages or substances
17  that may impact your ability to answer questions
18  truthfully in this deposition?
19           MS. RUCKER:  Objection.  You can answer.
20           THE WITNESS:  No, sir.
21           BY MR. GUSS:
22      Q.   Are you suffering from any mental or

7

1   physical condition that may impact your ability to
2   answer questions truthfully in this deposition?
3            MS. RUCKER:  Objection.  You can answer.
4            THE WITNESS:  No, sir.
5            BY MR. GUSS:
6       Q.   And it is now Lieutenant Tomika Holmes;
7   is that -- is that right?
8       A.   Tomika M. Holmes, yes, sir.
9       Q.   And it sounds like a dumb question.  But
10  where do you work right now?
11      A.   I work for the Washington Metropolitan
12  Area Transit Authority under the umbrella of Metro
13  Transit Police Department.
14      Q.   And what is your job title at WMATA?
15      A.   Currently I am the section commander for
16  our District 3, Patrol Operations Bureau.
17      Q.   Okay.  And what is your current rank?
18      A.   I am currently a lieutenant.
19      Q.   Okay.  And at some point, you were a
20  sergeant before you became a lieutenant again.  What
21  year or when did you get promoted back to
22  lieutenant?

8

1       A.   2023.
2       Q.   Okay.  And your current -- I guess your
3   current post, when did you get assigned that current
4   post?
5       A.   March 27, 2023, was the promotional and
6   the reassignment to Patrol Operations.
7       Q.   Okay.  Where do you live right now,
8   Lieutenant Holmes?
9       A.   What state?
10      Q.   Well, let me -- more precise, what's your
11  address?
12      A.   My address is 1712 Poling Avenue in Fort
13  Washington, Maryland 20774.
14      Q.   And how long have you lived at that
15  address?
16      A.   Since 2013.
17      Q.   Okay.  Do you live with anyone at that
18  address?
19      A.   I do.
20      Q.   All right.  And who do you live with at
21  that address?
22           MS. RUCKER:  Objection.  You can answer.