EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 570-2021-01998 |

**District of Columbia Office of Human Rights**

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Tomika Holmes**<br>**c/o Donna Williams Rucker      drucker@fedattorney.com** | Home Phone *(Incl. Area Code)*<br>**301-505-1169** | Date of Birth |
|---|---|---|

| Street Address<br>**1712 Poling Avenue, Fort. Washington, MD 20744** | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than one, list under PARTICULARS below.)*

| Name<br>**Washington Metropolitan Area Transit Authority (Metropolitan Transit Police Department)** | No. Employees, Members<br>**501+** | Phone No.<br>**202-962-1234** |
|---|---|---|

| Street Address<br>**600 5th Street, NW** | City, State and ZIP Code<br>**Washington, DC 20001** |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☒ OTHER *(specified below)*
**Hostile Work,**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12/5/2016**    Latest: **Present**
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Received by EEOC
Washington Field Office
July 19, 2021

I have been employed with the above-named Respondent since 2001. In 2021, I held the position of Lieutenant overseeing Crime Scene Search, the Property and Evidence Unit and the Field Training Unit. January 24, 2021, was the effective date of an unfair demotion to Sergeant. The demotion was handed down after I made an ethical complaint against a co-worker (Asian) and WMATA investigate, yet never issued an official determination regarding this investigation. However, Deputy Chief George Nader began an investigation against me and he improperly used the same tracking numbers that he pulled to process the complaint against my co-worker (Asian). WMATA immediately began a preliminary investigation, called me down to the Special Operations Command Center, I had several audio interviews (each over a hour long) and I had to sign a non-disclosure agreement. The use of the tracking numbers against me, even though pulled for my complaint against the co-worker, caused the matter to go on my personnel record, and even if the investigation later reveals the allegation/complaint was unfounded, this information is used as a stepping stone for more severe discipline against me. Ultimately, I was unfairly demoted to the rank of Seargent.

Subsequently, a co-worker made a complaint against me. After WMATA investigated, the co-worker's complaint was determined to be "unfounded". I then filed a complaint against the co-worker for bringing the unfounded complaint, just as was done to me. However, due to reprisial and to continually create a hostile working environment, WMATA failed to take action against this co-worker (White) or otherwise subject him to the same or similar treatment I was subjected to, including beginning the investigative process. Moreover, WMATA failed to request tracking numbers from the Office of Professional Responsibility and Inspection against the co-worker.

Due to reprisal, and to create a hostile working environment, my pay check was wrongly docked due to the January 2021 demotion, despite the fact that all information required from me had been completely and timely provided regarding my pay history.

**WMATA's Deputy Chief did not provide the proper information that resulted in my paycheck being short.**

**On or about June 8 – June 22, 2021, WMATA officials in my chain of command wrongly withheld pay due to me to recover an alleged over payment despite the fact that I had presented clear documentation that no overpayment had occurred.**

**I believe that I have been discriminated against and retaliated against in violation of Title VII of the Civil Rights Act, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7/17/21 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| Date        Charging Party Signature | |

Received by EEOC
Washington Field Office
July 19, 2021

000561