# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMIKA HOLMES,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Case No. 1:22-cv-01478 JEB** |
| | : |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S
## FIRST SET OF INTERROGATORIES

**FROM:**      Tomika Holmes
                **c/o** Donna Williams Rucker
                *Counsel for Complainant*

**TO:**          Michael K. Guss
                Senior Counsel
                WMATA

## INTERROGATORIES

**INTERROGATORY NO. 1:** Describe in reasonable detail all facts supporting your allegations of discrimination based on race/gender/or color, hostile work environment, and/or retaliation under Title VII of the Civil Rights Act of 1964 as alleged in your Complaint.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome. Except as objected to, and without waiver, Complainant answers as follows: I believe overarching emboldening of discriminatory practices at the hand of *retired* Chief of Police – Ronald A. Pavlik Jr., began prior to my promotion to Sergeant in 2008. Then Captain Pavlik was the Commander of our Training Division, responsible for the testing / promotional process which included the telephonic

notification of promotion candidates overall scoring and subsequent placement on the promotional list.  Pavlik commented how the scores were just small percentage points between the first and sixth place candidates. It was not until the promotional list was published would I understand the significance of his comment.  Having placed #1 – which was historic for the Metro Transit Department – with the top three candidates being African American women – ahead of Caucasian males the calculated discriminatory practices and ultimate labeling of an EEO complainer would follow with the driving force and consistent presence of Ronald Pavlik and the white males who would be garner the title of "FOP – Friends of Pavlik".  I believe it is relevant to begin in 2008 as Pavlik or the "FOP's" under the direct influence and/or direction of Pavlik have created a culture of discriminatory practices against me and other persons of color within the MTPD based on our race/gender/or color, creating a hostile work environment, and a barrage of  retaliatory actions in violation of Title VII of the Civil Rights Act of 1964.

Shortly after my promotion to Sergeant in 2008, I was selected for a premier assignment working directly for the Chief of Police as a Special Assistant.  This assignment required providing Chief of Police directed guidance to Commanders which included then Captain Ronald Pavlik.  While providing corrective guidance to Captain Pavlik, he slammed his work product which was being outlined for correction on my desk stating, "I'm a Captain, I don't take orders from no Sergeant!", I politely commented that the corrective actions were coming directly from the Chief, I believe his previous comment concerning the promotional list and this particular unprofessional outburst – which was reported to the Chief of Police – is pertinent, as I believe this was the beginning of the critical role he would consistently play in creating an organization riddled with disparate treatment, biased based practices and blatant retaliatory actions against me and other African American females / persons of color as it relates to:  unequal and unfair workplace practices,  unequal and unfair opportunities for advancement, unequal and unfair promotional practices, and an environment free from biased based disciplinary and retaliatory actions.

In 2010, I was promoted to the rank of Lieutenant through the competitive process, a

2

position I held for over 10-years after being passed over several times for promotion to Captain by Chief Ronald Pavlik Jr.  It is my witnessed belief as a direct victim of discriminatory practices that The Metro Transit Police Department has deep rooted biased based characteristics that combined with emboldened management has cultivated a toxic workplace for African Americans resulting in:  1. a culture of retaliatory bullying and ruling by fear, 2. an acceptance of abuse of power by upper management to fill personnel jackets with sustained discipline to discredit and oppress African Americans, 3. an unprincipled and dysfunctional EEO / Human Resources / and Labor Relations office who colludes with upper management to discount complaints, and  4. practices of retaliatory campaigns to discipline, force retire, demote, and/or stifle career paths of African Americans members who dare to speak against or oppose the misconduct, and discriminatory practices and behaviors of upper management.  Over the course of approximately 8-years under the management of retired Chief of Police –  Ronald A. Pavlik Jr., I have been disparately disciplined for actions for which white officers are not disciplined or receive a lessor level of discipline, which covertly and/or overtly has caused disparities in promotion, pay increases, assignment opportunities, and forced retirements and/or demotions in rank. Neutral policies have been promulgated which have a disparate impact on me and other African American members of the MTPD.  For example, Chief Pavlik summarily disregarded General Order 241- Promotion Process *(effective date 11/29/2011, Memorandum #12-270 and 270a),* relegating the process to the simplistic requirement of a writing essay and "interview" – forgoing the unbiased and neutral testing process administered by a professional consulting company which unbiasedly tested candidates attributes, characteristics, qualities, skills, abilities, and/or knowledge specified in a written job task analysis, and by way of an oral presentation before an assessor panel of jurisdictional police personnel having no affiliation with promotional candidates as required by the General Order.  I offer legacy investigation responses from WMATA's Office of Civil Rights (CIVR) dated March 27, 2008 *(#590-08)* addressing the complaint of discrimination towards African American Lieutenants not promoted to the rank of Captain in accordance with General Order 241.  Although the investigation resulted in a determination of no cause, CIVR found that the MTPD had a number of policy and practice issues giving cause to

African Americans lack of confidence in the validity of the promotional process, highlighting the Chief's potential subjective selection of Captains, without explanation or justification, stating the promotion to the rank of Captain based on performance and ranking from a [competitive promotional] assessment, and noted MTPD was absent policies or uniform practices in educational opportunities.  What the document affirms is the systematic racism / sexism / and discriminatory practices towards persons of color, in which Chief Pavlik was intimately intertwined.  Although retired Chief Michael Taborn updated policies and practices meant to provide fair and equitable practices within the MTPD.  Upon Chief Pavlik's elevation to the position of Chief of Police in 2013, he systematically reduced the competitive competency requirements for promotion to Captain, beginning with the abolishment of the promotion to Captain Eligibility List dated February 27, 2013 (*Memorandum #13-098*).  The next several years brought about elevations in rank based upon race biases.  Chief Pavlik elevated Caucasian males to Command Level (Captain and above) positions who had either previously tested below me and other African American female counterparts, or who had not participated in a competitive promotional process entirely.  It should be noted that after I made internal complaints of biased based practices, Chief Pavlik summarily promoted an African American male to the rank of Captain (Stanton Hamlin) who also had not participated in a competitive process and who was not listed on the 2013 eligibility list for promotion to Captain.

During a staff meeting of Lieutenant's in 2015, Chief Pavlik remarked "his bench was short", referring to the staff of Lieutenants and Captains eligible for promotion to higher levels, thus he needed to make an historical decision to seek candidates outside of the Agency for promotion to Command Level positions; which included the onboarding of Deputy Chief Nader (white male), and Assistant Chief Anzallo (white male).  Again, internal complaints of race and gender biases were raised, thus an African American male from outside of the organization was hired in 2017 (Raymond Gordon).  When I made complaints regarding the lack of elevation of competent women of color to the position of Captain (to include those listed on the Captain Promotion Eligibility list), Chief Pavlik elevated a woman of color (Venetia Freeny), only to demote her to the rank of Sergeant, to

which she chose to process an early retirement in lieu of fulfilling the duties relegated with the demotion. I complained through WMATA's OIG, OEEO, and/or Labor Relations who continued "no cause" findings of complaints of discriminatory practices, which only emboldened the racist, sexist behaviors resulting in years of continued discrimination, harassment, gaslighting, and ruling by fear; effecting every member of color on the police department. It was told to me that I had been labeled as an EEO complainer and had a target on my back. I relayed this information of CIVR investigator Karen Williford expressing the stress and fear of coming to work as I felt like a sitting duck waiting to be plucked off.

None of the complaints deterred Pavlik. To ensure the non-promotability of me and persons of color, Chief Pavlik elevated and sanctioned white males who were absent demonstrated competencies to continue his discriminatory, . and harassing practices utilizing the countless accusations of misconduct investigations of African American members as support of his decision; to include, but not limited to me as it was now widely known to outspoken concerning disparities and was labeled an EEO complainer having now filed numerous complaints through the internal chain of command, Labor Relations, Human Resources, WMATA's EEO *(cases: 2018-000175, 2020-000205),* and ultimately elevating my concerns to the Office of Inspector General due to the lack of redress. I believe Chief Pavlik capitalized on WMATA's policies which leaves little to no disciplinary recourse for at-will employees, and a Labor Relations / Human Resources Department, which seemed to rubber stamp "no cause" complaints in favor of Pavlik. Chief Pavlik utilized those under his command to disparately discipline me and other women of color for actions white officers were not disciplined for or received lessor level discipline. In 2017, Chief Pavlik began to utilize white males who had been elevated through the discriminatory promotional practices - he had put in place - to toss a barrage of investigations against me causing disparages, affected pay increases, ceased upward mobility, and ultimately the demotion from the rank of Lieutenant, a position held for over 10-years to that of a Sergeant. One such person repeatedly utilized to conduct misconduct investigations against me was Stephen Boehm. Boehm directly or indirectly initiated seven (7) investigations over a 16-

month period, with every investigation upheld as sustained by Chief Pavlik.    After complaining about Boehm and this practice of scrutinized discipline as a masked retaliatory practice for speaking against disparity and highlighting incompetence, the discipline continued without redress ultimately affecting my overall health and well-being as well as caused negative financial implications.    Chief Pavlik in turn promoted Boehm to Captain and made him my direct supervisor.    Captain Hamlin (Black male), who was originally slated to take the position as my direct supervisor, was subsequently removed from the assignment and replace by Boehm prior to ever fulfilling the assignment.    I believe this was done as retaliation because I complained about Boehm and his continuous investigations and blamed the Chief for his failures to take any steps to provide relieve from a targeted hostile working environment.    I believe this action reflected animosity towards me and simply fueled the personal vendetta to retaliate and "put me in my place" *(although no evidence is submitted to support the last statement, I was told in confidence the statement was made in a meeting of Captains and above where I was the topic of discussion).*    Due the systematic, deep-rooted racism within MTPD, cultivated by retired Chief Pavlik, the Department is plagued by discriminatory and retaliatory practices which has adversely affected me and other persons of color under the Pavlik.

The Metro Transit Police Department, over the previous eight years has systematically altered policy to unfairly promote unqualified members and punish those who spoke-out as demonstrated by removing the competitive process for Captains, in violation of written policy.    Additionally, on March 22, 2020, Department Memo #20-066 established a new Bureau, Internal Oversight and Youth Services.    This Bureau was unnecessary from an operational strategy but was required to justify the promotion of unqualified Captain, Stephen Boehm, to Deputy Chief.    This caused a disruption to the Department resulting in the shifting of Deputy Chiefs, units, divisions, and officers.    Further evidence of the needless Bureau is the fact it was quickly dismantled on June 22, 2021, shortly after the announcement of Deputy Chief Gaddis' retirement, according to Department Memo #21-139.    Once again, Deputy Chiefs, units, divisions, and officers were shifted, causing unnecessary disruptions.    When I spoke out against what appeared to me as further

discriminatory practices to elevate unqualified Caucasian males, I was told, "I just needed to shut my mouth, and do what I have to do to get in" I can only surmise getting in was referring to being a part of the  "FOP – Friends of Pavlik." *(although no written evidence is submitted to support the last statement, I was told this in front of the District One building by Lieutenant Marcus McIntyre – who at the time was a "FOP" – a spot he would soon learn was short lived).*

A vast share of Metro Transit Police's current leadership was cultivated from a management  theory of "we can do whatever we want", "rule with an iron fist" against those who speak out against biased, sexist, racist behavior resulting in discriminatory practices, mismanagement, lack of accountability, costly mistakes, mass early retirements, the highest level of terminations in the history of the Department, cover-ups, and a failure to employees, morale and the community it serves.  It was relayed to CIVR investigator Karen Williford that most MTPD members are fearful of filing complaints as the already hostile, retaliatory work environment could become intolerable, placing your career in jeopardy.

I offer evidence in the form of written rebuttals to disciplinary actions which directly refutes investigatory methods, tactics, selective inclusion of information and specific exclusion of exculpatory information by investigator Stephen Boehm, as well as Allegations and Investigations Disposition reports with handwritten notations to address findings.  I reaffirm my contention of targeted disparate treatment and discipline at the hands of white males acting on the behest of Chief Pavlik to disparage and taint the reputation and promotability of an overly competent African American female officials, ultimately utilizing biased based practices to bolster "progressive discipline" matrixes.  I submit my service record index and the below outline of discipline received at the onset of repeated comments, and complaints of disparate treatment after the promotion of less qualified white males to the rank of Captain.  As stated, I was promoted to the rank of Sergeant in 2008, after placing #1 overall after the competitive promotional process, and then again to the rank of Lieutenant in 2010  As evident from my service record, since my promotion in 2008, there were **no disciplinary actions** until 2016 (1) which was brought on by retired Mitchell Dowdy (white male and "FOP – Friend of Pavlik), and then seven

(7) investigations over a 16-month period, initiated directly or indirectly by Stephen Boehm (white male and "FOP – Friend of Pavlik"), with every investigation upheld as sustained by Chief Pavlik.   I continued to speak against misconduct and disparate practices, while the various complaints apparently did not result in findings against Management, they were undoubtedly unwelcomed by my chain of command, specifically Boehm, Nader and Pavlik, which I contend the alleged numerous disciplinary issues (investigations) was an erroneous vessel utilized to sustain "progressive discipline" resulting in the level of specific discipline sustained as a result of investigation 2020-098 performed by Deputy Chief Nader.  I offer comparisons to discipline received contrary to that of white counterparts engaged in the same or similar activities and/or practices within the MTPD.

Despite complaints and recommendations from WMATA's Human Resources, I have consistently been subjected to disparate treatment, discrimination, hostile work environment, and retaliatory actions under the encouragement, direction, and ultimate approval of Ronald Pavlik Jr.  spanning from his time as a Captain, Deputy Chief and Chief of Police.  Examples of disparate treatment I have been vocal concerning:  retired Captain Hubert King (Black male) was forced to retire and replaced by a white male for openly speaking against Pavlik and other white male Commanders.   Lieutenant Kevin Berry (Black male), having a 30+ year career was forced to choose between immediate retirement or demotion to the rank of Sergeant for a sustained investigation, charged with an unauthorized pursuit.  Stephen Boehm (white male) not only commenced an unnecessary coding but did so with an unauthorized civilian on board and received no form of discipline or correction.    Another example of disparate treatment is demonstrated through investigation CCP2021-013, which was unfounded against McKee (Asian/white male) for rude and discourteous behavior after he deliberately disconnected a telephone call exchange he was having with Sergeant Edward Coates (black male), consequently, Lieutenant Bradshaw (black male) was disciplined with suspension for disconnecting a telephone exchange with a citizen who was utilizing profanity towards Detectives and Officials supervised by Lieutenant Bradshaw while assigned to the Criminal Investigations Division.  I believe institutional racism exist within the MTPD, flourishing as a result of

the continued practice of turning a blind eye by WMATA's equal employment and fair practices offices put in place to ensure a fair and equitable workplace.

The below table represents a snapshot of discipline encourage by Chief Pavlik and received at the hands of Stephen Boehm – non color comparison column provides details to denote differential treatment.

| Date | Grievant's alleged violation and discipline | Non color comparison |
|---|---|---|
| 01/29/20 | **2020-010** GO 410, Storage of Evidence Violation<br><br><br>**Unfounded** | In an email dated January 29, 2021, Deputy Chief Nader advised a complaint had been lodged by a colleague (white male). The complaint made an erroneous allegation that I was unable to locate evidence (a swab) and I attempted to place blame towards a CSS technician. It should be noted that WMATA's headquarters had previously sustained major fire damage, thus property and evidence personnel were working from a remote locate under the continuity of operations (COOP) provisions.<br><br>Supervisors are tasked with conducting a pre-liminary investigation which includes asking simple questions to determine baseline facts, unless you are a person of color being accused by a white male colleague. The evidence in question was able to be located, but it was revealed the CSS technician had submitted the swab under an alternate name, thus not being able to be searched with the evidence system – needing physical verification at the HQ building which was under strict occupancy restrictions due to ongoing construction and recovery from the fire. **The rush to judgment by Nader based upon a false narrative by a white male, on top of the forced misclassification of the investigation demonstrates the continued harassing and disparate treatment toward me, who he had just recommended termination of employment which was overturned by Assistant Chief Anzallo.**<br><br>On February 3rd upon learning of the false accusation, I vocalized my dissatisfaction and wishes to file a complaint against the white male official. After the corrected classification of unfounded on February 26th, I continued inquiries into the complaint against the white male colleague, Brandon Fletcher for making disparaging and false accusations against me. After several verbal inquiries and unjustifiable reasoning given as to why an investigation had not been initiated with the same zeal and urgency as that against me, an official email was sent on March 22, 2021, 9:43 AM, to which at 3:50PM on the same day in question I was provided with |

| | | |
|---|---|---|
| | | a Memorandum stating no investigation would be initiated against Fletcher, the white male colleague. Rebuttal and supporting documentation provided.<br><br>**Demonstrated disparate racist, sexist treatment. No investigation or discipline for white male colleague** |
| 05/04/2018 | **18-060** Violation of the Oath of Office – hindering a criminal investigation.<br><br>**Unfounded** | I offer an email she sent to Karen Williford, former WMATA EEO officer on December 4, 2018 concerning the investigation which derived from McKee making false claims against me. McKee, who was assigned to the Criminal Investigation Division during the time of the email, utilized his personal and professional relationship with Stephen Boehm and the known contentious relationship between me and Boehm to covertly have an investigation against the Grievant initiated.<br><br>**No investigation or disciple received (suspected).** |
| 01/10/2018 | **Bank Robbery** – Boehm began investigation steps of collecting a written statement through a hostile email communication implying fault without having facts. | Boehm placed open forum meeting in my evaluation as a disparate action to support a negative annual evaluation. Negative comments were rebutted, but without recourse afforded to non-represented members, I suffered financial implications from not receiving a fair and equitable evaluation of the year of my body of work.<br><br>Evaluation rebuttal attached to support continued harassing and disparate treatment. It should be noted, none of the other (21) Officials working, to include that of higher rank, suffered the same hostile or adverse actions. |
| 09/27/2017 | **17-178** GO 405 – Communications, MTPD on-scene official and/or Watch Commander will make all necessary notification to the MTPD Command Staff or other members.<br><br>Discipline – 5-day suspension | On August 3, 2021, referenced a Shooting, the 1st page disseminated from the on-scene Official was approximately 1-hour after the initial page from the Communications Division as outlined in the suspension notice received by me. No discipline was administered to the white male police official.<br><br>The biased based investigation failed to outline the direct conversation with the Deputy Chief of Patrol Operations, the lengthy conversation with the incoming Watch Commander, the time spent conversing with the Criminal Investigation Unit regarding possible charges, the on-scene investigatory time spent, or the fact that the I was not on the scene of the incident; coupled with the fact after the arrest and subsequent charge was confirmed, I was in transit to the District to complete administrative requirement.<br><br>Balancing the complexity of crafting command pages for the need to know, and the investigative needs of scenes has resulted in countless email directives, published memorandums, and conversations creating room for subjectivity and disparate disciplinary practices. I offer |

| | | my rebuttal and statements.<br><br>**No investigation or disciple received.** |
|---|---|---|
| 08/08/2017 | **17-151** GO 215 – Duties and Responsibilities, members will employ good judgment at all times / WMATA P/I 7.5.2 – failed to request permission when earning compensatory leave.<br><br><br>Discipline: Letter of Reprimand | I submit an email outlining an Inter-Agency Conference Call on Monday, March 25, 2019, 3:09PM, noted was a report by an Officer concerning then Captain Deveaux's violation of General Order 215 as he failed to identify himself to a citizen has required. The notes reflect Command Staff personnel on the call, of which was Boehm. There was no investigation, discipline or corrective actions taken in light of vocalized policy violation.<br><br>There were no PeopleSoft entries for "compensatory" time utilized or earned. The investigation methods, tactics, and findings were absent all relevant information and failed to include direct evidence presented by me. Boehm neglected to address the approval of timecards by the supervisor with notations of all time worked in excess of the 8-hour tour. At no time did my supervisor deny submitted timecard with notations P/I or provide guidance into preferred method of regaining time worked in excess of 8-hour tour. Statement attached outlining evidence deliberately left from investigation.<br><br>Non-represented salaried members who perform work on emergency scenes or in support of staff beyond the 8-hour shift has recouped their time when staffing and responsibilities dictate within close proximity to the times worked in excess. After I made numerous complaints of MTPD's assertion that Lieutenants and above ae expected to perform work related matters at all times outside of the workday, MTPD engaged in numerous email directives surrounding the use of excess time worked and alternate days off, when working full shifts on assigned days off. |
| 12/05/2016 | GO 215 – Duties and Responsibilities for operating vehicle in violation. | Stephen Boehm consistently transporting the Chiefs Secretary, a civilian to and from work locations in violation of General Order 215 and 250, specifically captured on CCTV on August 5th 2020, 5:08 PM and then driving away absent the utilization of a hands-free device in the MTPD police vehicle.<br><br>January 23, 2020, 5:50 PM Boehm was noted as coding with the Chief Secretary in the vehicle in violation of General Order 307 - pursuit policy, 215 - duties and responsibilities, and 217 - take home vehicles.<br><br>**No investigations or discipline received.** |

During an interview with the Officer of Inspector General, I relayed the practice of filling

qualified women of color personnel file with biased based, discriminatory investigations to give the appearance of disciplinary issues to sustain lack of promotion to higher ranking positions.  As previously outlined, each time an opportunity presented itself for decisions on a career advancement, retired Chief Pavlik consistently implemented, encouraged, guided, or approved obstacles which can only be described as racist, sexist, and biased driven to find cause to overlook me for earned promotion, ultimately, selecting lesser qualified non-African American personnel (internally and externally)

**INTERROGATORY NO. 2:**  Identify and provide dates for the protected activity you engaged in as defined by Title VII of the Civil Rights Act of 1964.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows:  Throughout my 21-years of being a law enforcement professional, I have consistently spoke against unfair and inequitable practices to include protected activities as defined by Title VII of the Civil Rights Act.  Supporting documents contained under cover titled Interrogatories Response #2.


**INTERROGATORY NO. 3:**  Identify all persons with knowledge or information relating to your allegations of race/gender/or color discrimination, hostile work environment, and/or retaliation under Title VII of the Civil Rights Act of 1964 as alleged in your Complaint.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows:  The following persons are aware of / have knowledge or information relating to my allegations of race/gender/or color discrimination, hostile work environment, and/or retaliation under Title VII of the Civil Rights Act of 1964.

**MTPD Supervisors (current and former):**
Chief Michael Anzallo
Former Chief Ronald Pavlik Jr.
Former Chief Michael Taborn
Former Assistant Chief Rodney Parks
Former Assistant Chief Pamela Vanderburg

Deputy Chief Stephen Boehm
Former Deputy Chief Jeffrey Delinski
Deputy Chief Warren Donald
Deputy Chief George Nader
Former Deputy Chief Tracie Simmons

Captain Robert Brewer
Former Captain Julius Byrd
Captain Raymond Gordon
Former Captain Stanton Hamlin
Former Captain Gregory Hanna
Former Captain Brian Heanue
Former Captain Hubert King
Former Captain Nopadon McKee
Former Captain Amy Phillips
Former Captain Donald Proctor
Former Captain Lance Ware

Former Lieutenant Kevin Berry
Former Lieutenant Eric Brown
Former Lieutenant George Burns
Former Lieutenant Monica Hockaday
Former Lieutenant David Mann
Lieutenant Marcus McIntyre
Lieutenant Maurice McKinney
Former Lieutenant Jeffery Miller
Lieutenant Lorenzo Smalls
Former Lieutenant Derrick Wigglesworth
Lieutenant Sherry Willis

Former Sergeant Donald Calero
Sergeant Edward Coates
Sergeant Stephen Deveaux
Former Sergeant Jerome Enoch
Former Sergeant N'Gai Fennell
Sergeant John Freeny
Former Sergeant Kenneth Honick
Sergeant Dewayne McGowan
Sergeant Rene Noboa
Former Sergeant Roberto Stokes
Former Sergeant Tiffany Washington
Sergeant Anthony Weaver

**MTPD Employees and MTPD Officers (current and former):**

Former Office of Strategic Planning Dana Johnson (WMATA civilian employee)
Former Officer Christopher Archer
Officer Erroll Avant
Former Officer Nicole Berry
Officer Ricardo Brockenborough
Officer William Burnette
Former Officer Jeanette Chittick
Former Officer Vernon Clayton
Officer Antoine Curtis
Former Officer James Duncan
Former Officer Andrea Edwards
Former Officer Kimberly Douglas
Officer Carissa Grooms
Officer Hasley Guerra
Officer Darnell Hall
Officer Gerald Hall
Officer Scott Harris
Officer Brad Hanna
Former Officer Latoya Jackson
Former Officer Monique Jones
Officer William Jones
Officer Mark Millhouse
Officer Lorraine Page
Officer Gary Perkins
Former Officer Patrina Pettegrue
Former Officer Anthony Reefer
Officer Robert Rose
Officer Alicia Roseman
Former Officer Robin Spriggs
Former Officer Lennard Smith
Officer Derrick Stokes
Officer Selimah Thorpe
Officer Terrence Triplett
Officer Ada Stephenson
Officer Rasha Watson
Officer Bridgett Watson
Officer Shenandoah Young
**WMATA Office of Inspector General**
Rafael A. Medina
Michael Hayunga
Joshua Wolf

**WMATA Human Resources Staff (current and former)**
- Sharon Andrews – WMATA Human Resources Senior Employee Relations Officer

- Joyce Brown – WMATA Director of Equal Employment Opportunity
- Lisa Johnson – WMATA CIVR Office Assistant
- Franklin Jones – Former WMATA Office of Civil Rights Investigator
- Ray Lanier – Former WMATA Office of Civil Rights Investigator
- Renae C. Lee - WMATA Human Resources Equal Employment Opportunity Officer (EEOO)/Office of Equal Employment Opportunity (OEEO) Department of Fair Practices
- Luis McSween – WMATA Human Resources Senior Employee Relations Officer
- Ramona Parahoo – Former WMATA Office of Civil Rights Investigator
- Beverly Pollard – Former WMATA Office of Civil Rights Investigator
- Karen Williford – Former WMATA Office of Civil Rights Investigator
- James Wynne – Former WMATA Office of Civil Rights Director

**WMATA Employee Assistance Program (EAP)**
Jessie McClain

**WMATA Human Resources Talent Management**
John Toshes

**Pastor / Spiritual Advisor – Open Door Baptist Church**
Reverend – Doctor Bernard M. Taylor

**Ray of Hope Mental Health Counseling**
Melody Washington LCSW-C

**Inova Medical Group (retired) Internist – Family Medicine**
Dr. Pratima S. Fozdar, MD

**Rose Family Chiropractic of America**
Dr. Jane Martinez, MD

**Bogacki & Bogacki DDS, PC**
Dr. Russell Bogacki
Dr. Katherine Bogacki

**Personal Family / Friends**
Herbert T. Holmes – spouse
Brenda G. Thompson – mother
Christian Brooks – family friend

**INTERROGATORY NO. 4**:  Identify each adverse employment action that you allege

involved a hostile work environment and/or retaliation under Title VII and state all facts,

in reasonable detail, on which you base the allegations of an alleged hostile work environment/or retaliation, including the time, place, manner, and participants in each alleged discriminatory act.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows:  The adverse employment actions regarding denied promotions, compensations, opportunities, unnecessary transfers, relentless retaliation – biased based discipline, and disparate treatment in which I base my allegations under Title VII.  Supporting documents contained under cover titled Interrogatories Response #2.

**INTERROGATORY NO. 5:**  State whether you allege that you sustained any injuries, including any physical, mental, or emotional injuries, relating to the alleged hostile work environment or retaliatory conduct as set forth in your Complaint and, if so, describe in reasonable detail each injury.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows:  Working in a male dominated field never bothered me as I was raised in a very loving and diverse family of service men and women whose foundation was built on the premise that you can achieve anything, not through a handout, but by hard work, preparation, a heart of service and remembering you work for something greater than man.  I joined the Metro Transit Police Department to bring a culturally different perspective to the profession, adding value to all we do to protect and serve.  What I have found within the Metro Transit Police under the biased base management of white males who seem to be threatened by outspoken, intelligent women of color, is years of prolonged and sometimes overwhelming stress, anxiety, depression, sleep issues, and declined health issues.  Since being seen as a rising leader within the

MTPD, I have had to deal with comments like *quote / unquote* "you have to keep your foot on her neck," "you need to just keep her in her place."  Being subjected to unwarranted stress and strain in a profession that is supposed to enforce laws, rules, and regulations – applying them fairly, equally, and absent of biases has been disheartening. Being subjected to physical, mental, and emotional stress and strain for years at the hands of white men "in power" without redress from internal or external oversight entities has only added to the feeling of helplessness, hopelessness, and defeat.  In a candid meeting with retired Chief Pavlik and Assistant Chief Anzallo, I shared that it was only because of the blood of Jesus that I was able to continue to come to work perform my job.  Only because of my belief system and professional and spiritual assistance have I continued to work in a cooperative spirit of service.  I have never asked for anything other than what I worked for and deserved, in return I expected to be rewarded and compensated fairly and equitably in comparison to my white male counterparts.  Instead, what I have received is years of anguish and trauma resulting in sleep problems, anxiety, the need for mental and spiritual counseling, depression, employee assistance programs, muscle tension, and declined health.   Having to seek professional help to deal with the constant trauma of discrimination, and retaliation through targeted discipline, all while keeping the sorrow hidden under an exterior of positivity and happiness has added to the unnecessary stress and strain.  I am a walking example of the Iceberg Metaphor:  I can only allow people to see the tip of iceberg that floats above the water as I maintain my determination to be the beacon of light for others while the enormous mountain of ice (the years of trauma) just below the water line remains and just like the Titanic causes the most damage.   To ensure

self help and care, I have sought and continue to seek professional help for physical, mental, spiritual, and emotional wellbeing from medical professionals and advisors: Dr. Pratima Fozdar, Dr. Jane Martinez, Melody Washington LCSW-C, Reverend Doctor Bernard M. Taylor, and Jessie McClain – WMATA's Employee Assistance Program

**INTERROGATORY NO. 6**: Identify and provide a detailed computation of each category of damages that you claim to have suffered because of Defendant's alleged actions.  Defendant specifically requests that you provide an explanation of damages for the calculation of each dollar amount for each category.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows:

1.  **Compensatory Damages – This is based on the mental anguish and suffering that endured and as such is not subject to a precise computation;**

2.  **Medical Co-pays - $10.00 (approx. 20-30) doctor's office visits; co-pays for therapy sessions - $20(Approx 36 visits);**

3.  **Prescriptions Costs - $10.00 x 6 refills;**

4.  **Attorney's fees – This is ongoing;**

5.  **Lost Pay – due to suspensions served;**

6.  **Loss of Income – Demotion – Approx. $13,000.00 per year for 3 years;**

7.  **Loss from removal of take-home vehicle  - $13,000.00 (x 3 years) and gas ($60.00 per week for 3 years = $9,360.00); and**

8.  **Expenses – Deposition expenses and costs.**

**This is all I can think of at this time.  I reserve the right to add additional damages.**

**INTERROGATORY NO.7**:  Identify and describe in reasonable detail the treatment you received from each healthcare professional, including but not limited to physicians, psychiatrists, psychologists, therapists, social workers, who treated you, or from whom you sought treatment, for injuries identified in response to Interrogatory Number 5.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows:    To ensure self-help and care, I have sought and continue to seek professional help for physical, mental, spiritual, and emotional wellbeing from medical professionals and advisors as follows:

Dr. Pratima Fozdar – I was prescribed medication to treat anxiety and sleep issues caused by trauma.  Dr. Jane Martinez – Treated for body tension, stiff neck, and shoulders,  Drs. Bogacki – mouth guard to assist with night teeth grinding consistent with stress manifested in sleep, Melody Washington LCSW-C – Depression and anxiety from constant threat to career, Reverend Doctor Bernard M. Taylor – spiritual advisor, and Jessie McClain – WMATA's Employee Assistance Program

**INTERROGATORY NO. 8:** State whether, from the date of the occurrence described in your complaint, you have received or made any Social Security Disability Benefits, the date upon which you made such claims, the exact dates during which you received any such benefits, the address of the office where each such claim was filed, and an itemization and identification of any amounts so received.

(a) Have you ever applied for and/or received any governmental benefits or assistance for disability, including, but not limited to, physical rehabilitation programs, vocational counseling, vocational rehabilitation, prostheses, or devices

to enable you to perform the activities of your daily life; modification of your home or work environment; and removal or alteration of architectural barriers? (b) If so, state the name and address of the governmental agency involved, the name and address of the governmental employees or representatives who assisted you, a description of how you were evaluated for such assistance (e.g., testing, personal interview, evaluation of job task, etc.), and a description of the assistance rendered.

**ANSWER:** Objection, vague, overbroad, and unduly burdensome. Also, seeks to discover information that is irrelevant not likely to be admissible as evidence in this case. Except as objected to, and without waiver, Complainant answers as follows: I have not received or made any Social Security Disability Benefit claims. I received disability / workers compensation benefits as a result of sustaining a broken ankle while on-duty. All physical rehabilitation programs, vocational counseling, vocational rehabilitation, or devices which enabled me to perform activities of daily life; home and work environment devices and architectural additives / barriers were authorized in accordance with Workers Compensation benefits with all medical reports and documentation available as such.

**INTERROGATORY NO. 9:** Since your eighteenth birthday, either when you have been represented by counsel or waived your right to counsel, have you ever been convicted of a felony or a crime involving moral turpitude (ex. lying, cheating, theft) within the last fifteen years? If so, identify and describe each such conviction, including the jurisdiction where it occurred.

**ANSWER:** Objection, vague, overbroad, and unduly burdensome. Also, seeks to discover information

that is irrelevant not likely to be admissible as evidence in this case. Except as objected to, and without waiver, Complainant answers as follows: I do not have any convictions of a felony or a crime involving moral turpitude.

**INTERROGATORY NO. 10:** State whether you have ever previously filed a claim or lawsuit against any person or entity, including a Workers' Compensation claim, and, if so, the name of the person or entity against whom such claim or suit was filed, the date, the name of the court in which any suit was filed and the civil action number and the disposition or resolution of any such claim or suit.

**ANSWER:** Objection, vague, overbroad, and unduly burdensome. Also, seeks to discover information that is irrelevant not likely to be admissible as evidence in this case. Except as objected to, and without waiver, Complainant answers as follows: I received disability / workers compensation benefits as a result of sustaining a broken ankle while on-duty May 16, 2014 filing with AS&G Claims Administration Boulevard (claim# 700.41266) – District of Columbia Department of Employment Services.     Open reduction and internal fixation surgery performed to reconnect, stabilize, and heal broken bones.   All physical rehabilitation programs, vocational counseling, vocational rehabilitation, or devices which enabled me to perform activities of daily life; home and work environment devices and architectural additives / barriers were authorized in accordance with Workers Compensation benefits with all medical reports and documentation available as such.   Legal representation through Inman Kaminow Law Firm – reached settlement prior to hearing.

**INTERROGATORY NO. 11:** Identify each person you intend to call as a witness at trial, either in person, through deposition testimony, or through affidavit.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Also, Plaintiff has not yet determined the witnesses she will call in this matter.  This information will be provided in accordance with any Order issued by the Judge in this case. Except as objected to, and without waiver, Complainant answers as follows: I believe all persons below add value to the complaint and should be called as a witness at trial, either in person, through deposition testimony, or through affidavit.

**MTPD Supervisors (current and former):**
Chief Michael Anzallo
Former Chief Ronald Pavlik Jr.
Former Chief Michael Taborn
Former Assistant Chief Rodney Parks
Former Assistant Chief Pamela Vanderburg

Deputy Chief Stephen Boehm
Former Deputy Chief Jeffrey Delinski
Deputy Chief Warren Donald
Deputy Chief George Nader
Former Deputy Chief Tracie Simmons

Captain Robert Brewer
Former Captain Julius Byrd
Captain Raymond Gordon
Former Captain Stanton Hamlin
Former Captain Gregory Hanna
Former Captain Brian Heanue
Former Captain Hubert King
Former Captain Nopadon McKee
Former Captain Amy Phillips
Former Captain Donald Proctor
Former Captain Lance Ware

Former Lieutenant Kevin Berry
Former Lieutenant Eric Brown
Former Lieutenant George Burns
Former Lieutenant Monica Hockaday
Former Lieutenant David Mann
Lieutenant Marcus McIntyre
Lieutenant Maurice McKinney
Former Lieutenant Jeffery Miller
Lieutenant Lorenzo Smalls
Former Lieutenant Derrick Wigglesworth
Lieutenant Sherry Willis

Former Sergeant Donald Calero
Sergeant Edward Coates
Sergeant Stephen Deveaux
Former Sergeant Jerome Enoch
Former Sergeant N'Gai Fennell
Sergeant John Freeny
Former Sergeant Kenneth Honick
Sergeant Dewayne McGowan
Sergeant Rene Noboa
Former Sergeant Roberto Stokes
Former Sergeant Tiffany Washington
Sergeant Anthony Weaver

**MTPD Employees and MTPD Officers (current and former):**
Former Office of Strategic Planning Dana Johnson (WMATA civilian employee)
Former Officer Christopher Archer
Officer Erroll Avant
Former Officer Nicole Berry
Officer Ricardo Brockenborough
Officer William Burnette
Former Officer Jeanette Chittick
Former Officer Vernon Clayton
Officer Antoine Curtis
Former Officer James Duncan
Former Officer Andrea Edwards
Former Officer Kimberly Douglas
Officer Carissa Grooms
Officer Hasley Guerra
Officer Darnell Hall
Officer Gerald Hall
Officer Scott Harris
Officer Brad Hanna
Former Officer Latoya Jackson
Former Officer Monique Jones
Officer William Jones
Officer Mark Millhouse
Officer Lorraine Page
Officer Gary Perkins
Former Officer Patrina Pettegrue
Former Officer Anthony Reefer
Officer Robert Rose
Officer Alicia Roseman
Former Officer Robin Spriggs
Former Officer Lennard Smith

Officer Derrick Stokes
Officer Selimah Thorpe
Officer Terrence Triplett
Officer Ada Stephenson
Officer Rasha Watson
Officer Bridgett Watson
Officer Shenandoah Young

**WMATA Office of Inspector General**
Rafael A. Medina
Michael Hayunga
Joshua Wolf

**WMATA Human Resources Staff (current and former)**
- Sharon Andrews – WMATA Human Resources Senior Employee Relations Officer
- Joyce Brown – WMATA Director of Equal Employment Opportunity
- Lisa Johnson – WMATA CIVR Office Assistant
- Franklin Jones – Former WMATA Office of Civil Rights Investigator
- Ray Lanier – Former WMATA Office of Civil Rights Investigator
- Renae C. Lee - WMATA Human Resources Equal Employment Opportunity Officer (EEOO)/Office of Equal Employment Opportunity (OEEO) Department of Fair Practices
- Luis McSween – WMATA Human Resources Senior Employee Relations Officer
- Ramona Parahoo – Former WMATA Office of Civil Rights Investigator
- Beverly Pollard – Former WMATA Office of Civil Rights Investigator
- Karen Williford – Former WMATA Office of Civil Rights Investigator
- James Wynne – Former WMATA Office of Civil Rights Director

**WMATA Employee Assistance Program (EAP)**
Jessie McClain

**WMATA Human Resources Talent Management**
John Toshes

**Pastor / Spiritual Advisor – Open Door Baptist Church**
Reverend – Doctor Bernard M. Taylor

**Ray of Hope Mental Health Counseling**
Melody Washington LCSW-C

**Inova Medical Group (retired) Internist – Family Medicine**
Dr. Pratima S. Fozdar, MD

**Rose Family Chiropractic of America**
Dr. Jane Martinez, MD

**Bogacki & Bogacki DDS, PC**
Dr. Russell Bogacki
Dr. Katherine Bogacki

**Family / Friends**
Herbert T. Holmes
Brenda G. Thompson
Christian Brooks
Danyele Greenfield
Endeya Grabowski
Crystal Thompson


**INTERROGATORY NO. 12:** Identify all persons from whom you have received

statements (oral or written) relating to the allegations in the Complaint.

**ANSWER:** Objection, vague, overbroad, and unduly burdensome. Except as objected to, and without

waiver, Complainant answers as follows: I have received statements (oral or written) relating to

the allegations in the Complaint.

**MTPD Supervisors (current and former):**
Chief Michael Anzallo
Former Chief Ronald Pavlik Jr.
Former Chief Michael Taborn
Former Assistant Chief Rodney Parks
Former Assistant Chief Pamela Vanderburg

Deputy Chief Stephen Boehm
Former Deputy Chief Jeffrey Delinski
Deputy Chief Warren Donald
Deputy Chief George Nader
Former Deputy Chief Tracie Simmons

Captain Robert Brewer
Former Captain Julius Byrd
Captain Raymond Gordon
Former Captain Stanton Hamlin
Former Captain Gregory Hanna

Former Captain Brian Heanue
Former Captain Hubert King
Former Captain Nopadon McKee
Former Captain Amy Phillips
Former Captain Donald Proctor
Former Captain Lance Ware

Former Lieutenant Kevin Berry
Former Lieutenant Eric Brown
Former Lieutenant George Burns
Former Lieutenant Monica Hockaday
Former Lieutenant David Mann
Lieutenant Marcus McIntyre
Lieutenant Maurice McKinney
Former Lieutenant Jeffery Miller
Lieutenant Lorenzo Smalls
Former Lieutenant Derrick Wigglesworth
Lieutenant Sherry Willis

Former Sergeant Donald Calero
Sergeant Edward Coates
Sergeant Stephen Deveaux
Former Sergeant Jerome Enoch
Former Sergeant N'Gai Fennell
Sergeant John Freeny
Former Sergeant Kenneth Honick
Sergeant Dewayne McGowan
Sergeant Rene Noboa
Former Sergeant Roberto Stokes
Former Sergeant Tiffany Washington
Sergeant Anthony Weaver

**MTPD Employees and MTPD Officers (current and former):**
Former Office of Strategic Planning Dana Johnson (WMATA civilian employee)
Former Officer Christopher Archer
Officer Erroll Avant
Former Officer Nicole Berry
Officer Ricardo Brockenborough
Officer William Burnette
Former Officer Jeanette Chittick
Former Officer Vernon Clayton
Officer Antoine Curtis
Former Officer James Duncan
Former Officer Andrea Edwards
Former Officer Kimberly Douglas

Officer Carissa Grooms
Officer Hasley Guerra
Officer Darnell Hall
Officer Gerald Hall
Officer Scott Harris
Officer Brad Hanna
Former Officer Latoya Jackson
Former Officer Monique Jones
Officer William Jones
Officer Mark Millhouse
Officer Lorraine Page
Officer Gary Perkins
Former Officer Patrina Pettegrue
Former Officer Anthony Reefer
Officer Robert Rose
Officer Alicia Roseman
Former Officer Robin Spriggs
Former Officer Lennard Smith
Officer Derrick Stokes
Officer Selimah Thorpe
Officer Terrence Triplett
Officer Ada Stephenson
Officer Rasha Watson
Officer Bridgett Watson
Officer Shenandoah Young

**WMATA Office of Inspector General**
Rafael A. Medina
Michael Hayunga
Joshua Wolf

**WMATA Human Resources Staff (current and former)**
- Sharon Andrews – WMATA Human Resources Senior Employee Relations Officer
- Joyce Brown – WMATA Director of Equal Employment Opportunity
- Lisa Johnson – WMATA CIVR Office Assistant
- Franklin Jones – Former WMATA Office of Civil Rights Investigator
- Ray Lanier – Former WMATA Office of Civil Rights Investigator
- Renae C. Lee - WMATA Human Resources Equal Employment Opportunity Officer (EEOO)/Office of Equal Employment Opportunity (OEEO) Department of Fair Practices
- Luis McSween – WMATA Human Resources Senior Employee Relations Officer
- Ramona Parahoo – Former WMATA Office of Civil Rights Investigator
- Beverly Pollard – Former WMATA Office of Civil Rights Investigator

- Karen Williford – Former WMATA Office of Civil Rights Investigator
- James Wynne – Former WMATA Office of Civil Rights Director

**WMATA Employee Assistance Program (EAP)**
Jessie McClain

**WMATA Human Resources Talent Management**
John Toshes

**Pastor / Spiritual Advisor – Open Door Baptist Church**
Reverend – Doctor Bernard M. Taylor

**Ray of Hope Mental Health Counseling**
Melody Washington LCSW-C

**Inova Medical Group (retired) Internist – Family Medicine**
Dr. Pratima S. Fozdar, MD

**Rose Family Chiropractic of America**
Dr. Jane Martinez, MD

**Bogacki & Bogacki DDS, PC**
Dr. Russell Bogacki
Dr. Katherine Bogacki
(This is all I can think of at this time)


**INTERROGATORY NO. 13**:  Identify all persons with whom you had any

communication about the allegations in the Complaint.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without

waiver, Complainant answers as follows: Below is a list of persons with whom I have had

communication with about the allegations in the Complaint.

**MTPD Supervisors (current and former):**
Chief Michael Anzallo
Former Chief Ronald Pavlik Jr.
Former Chief Michael Taborn

Deputy Chief Stephen Boehm
Deputy Chief Warren Donald
Deputy Chief George Nader

28

Captain Robert Brewer
Former Captain Julius Byrd
Captain Raymond Gordon
Former Captain Stanton Hamlin
Former Captain Hubert King
Former Captain Nopadon McKee
Former Captain Lance Ware

Former Lieutenant Kevin Berry
Former Lieutenant Eric Brown
Former Lieutenant Monica Hockaday
Lieutenant Marcus McIntyre
Former Lieutenant Derrick Wigglesworth
Lieutenant Sherry Willis

Sergeant Edward Coates
Sergeant Stephen Deveaux
Sergeant John Freeny
Former Sergeant Kenneth Honick
Former Sergeant Roberto Stokes
Former Sergeant Tiffany Washington

**MTPD Employees and MTPD Officers (current and former):**
Former Office of Strategic Planning Dana Johnson (WMATA civilian employee)
Officer Erroll Avant
Officer Antoine Curtis
Former Officer Andrea Edwards
Former Officer Kimberly Douglas
Officer Darnell Hall
Officer Brad Hanna
Officer Lorraine Page
Officer Gary Perkins
Former Officer Anthony Reefer
Officer Robert Rose
Officer Ada Stephenson
Officer Shenandoah Young

**WMATA Office of Inspector General**
Rafael A. Medina
Michael Hayunga
Joshua Wolf

**WMATA Human Resources Staff (current and former)**
- Sharon Andrews – WMATA Human Resources Senior Employee Relations Officer

- Joyce Brown – WMATA Director of Equal Employment Opportunity
- Lisa Johnson – WMATA CIVR Office Assistant
- Franklin Jones – Former WMATA Office of Civil Rights Investigator
- Ray Lanier – Former WMATA Office of Civil Rights Investigator
- Renae C. Lee - WMATA Human Resources Equal Employment Opportunity Officer (EEOO)/Office of Equal Employment Opportunity (OEEO) Department of Fair Practices
- Luis McSween – WMATA Human Resources Senior Employee Relations Officer
- Ramona Parahoo – Former WMATA Office of Civil Rights Investigator
- Beverly Pollard – Former WMATA Office of Civil Rights Investigator
- Karen Williford – Former WMATA Office of Civil Rights Investigator
- James Wynne – Former WMATA Office of Civil Rights Director

**WMATA Employee Assistance Program (EAP)**
Jessie McClain

**WMATA Human Resources Talent Management**
John Toshes

**Pastor / Spiritual Advisor – Open Door Baptist Church**
Reverend – Doctor Bernard M. Taylor

**Ray of Hope Mental Health Counseling**
Melody Washington LCSW-C

**Inova Medical Group (retired) Internist – Family Medicine**
Dr. Pratima S. Fozdar, MD

**Rose Family Chiropractic of America**
Dr. Jane Martinez, MD

**Bogacki & Bogacki DDS, PC**
Dr. Russell Bogacki
Dr. Katherine Bogacki

**Family / Friends**
Herbert T. Holmes
Brenda G. Thompson
Christian Brooks
Danyele Greenfield
Endeya Grabowski
Crystal Thompson
(This is all I can think of at this time)

**INTERROGATORY NO. 14:**  Identify all persons with knowledge or information relating to your claim for damages.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without waiver, Complainant answers as follows: Below is a list of persons with knowledge or information relating to my claim for damages.

**MTPD Supervisors (current and former):**
Chief Michael Anzallo
Former Chief Ronald Pavlik Jr.
Former Chief Michael Taborn
Former Assistant Chief Rodney Parks
Former Assistant Chief Pamela Vanderburg

Deputy Chief Stephen Boehm
Former Deputy Chief Jeffrey Delinski
Deputy Chief Warren Donald
Deputy Chief George Nader
Former Deputy Chief Tracie Simmons

Captain Robert Brewer
Former Captain Julius Byrd
Captain Raymond Gordon
Former Captain Stanton Hamlin
Former Captain Gregory Hanna
Former Captain Brian Heanue
Former Captain Hubert King
Former Captain Nopadon McKee
Former Captain Amy Phillips
Former Captain Donald Proctor
Former Captain Lance Ware

Former Lieutenant Kevin Berry
Former Lieutenant Eric Brown
Former Lieutenant George Burns
Former Lieutenant Monica Hockaday
Former Lieutenant David Mann
Lieutenant Marcus McIntyre
Lieutenant Maurice McKinney
Former Lieutenant Jeffery Miller
Lieutenant Lorenzo Smalls
Former Lieutenant Derrick Wigglesworth

Lieutenant Sherry Willis

Former Sergeant Donald Calero
Sergeant Edward Coates
Sergeant Stephen Deveaux
Former Sergeant Jerome Enoch
Former Sergeant N'Gai Fennell
Sergeant John Freeny
Former Sergeant Kenneth Honick
Sergeant Dewayne McGowan
Sergeant Rene Noboa
Former Sergeant Roberto Stokes
Former Sergeant Tiffany Washington
Sergeant Anthony Weaver

**MTPD Employees and MTPD Officers (current and former):**
Former Office of Strategic Planning Dana Johnson (WMATA civilian employee)
Former Officer Christopher Archer
Officer Erroll Avant
Former Officer Nicole Berry
Officer Ricardo Brockenborough
Officer William Burnette
Former Officer Jeanette Chittick
Former Officer Vernon Clayton
Officer Antoine Curtis
Former Officer James Duncan
Former Officer Andrea Edwards
Former Officer Kimberly Douglas
Officer Carissa Grooms
Officer Hasley Guerra
Officer Darnell Hall
Officer Gerald Hall
Officer Scott Harris
Officer Brad Hanna
Former Officer Latoya Jackson
Former Officer Monique Jones
Officer William Jones
Officer Mark Millhouse
Officer Lorraine Page
Officer Gary Perkins
Former Officer Patrina Pettegrue
Former Officer Anthony Reefer
Officer Robert Rose
Officer Alicia Roseman
Former Officer Robin Spriggs

Former Officer Lennard Smith
Officer Derrick Stokes
Officer Selimah Thorpe
Officer Terrence Triplett
Officer Ada Stephenson
Officer Rasha Watson
Officer Bridgett Watson
Officer Shenandoah Young


**WMATA Office of Inspector General**
Rafael A. Medina
Michael Hayunga
Joshua Wolf


**WMATA Human Resources Staff (current and former)**
- Sharon Andrews – WMATA Human Resources Senior Employee Relations Officer
- Joyce Brown – WMATA Director of Equal Employment Opportunity
- Lisa Johnson – WMATA CIVR Office Assistant
- Franklin Jones – Former WMATA Office of Civil Rights Investigator
- Ray Lanier – Former WMATA Office of Civil Rights Investigator
- Renae C. Lee - WMATA Human Resources Equal Employment Opportunity Officer (EEOO)/Office of Equal Employment Opportunity (OEEO) Department of Fair Practices
- Luis McSween – WMATA Human Resources Senior Employee Relations Officer
- Ramona Parahoo – Former WMATA Office of Civil Rights Investigator
- Beverly Pollard – Former WMATA Office of Civil Rights Investigator
- Karen Williford – Former WMATA Office of Civil Rights Investigator
- James Wynne – Former WMATA Office of Civil Rights Director

**WMATA Employee Assistance Program (EAP)**
Jessie McClain

**WMATA Human Resources Talent Management**
John Toshes

**Pastor / Spiritual Advisor – Open Door Baptist Church**
Reverend – Doctor Bernard M. Taylor

**Ray of Hope Mental Health Counseling**
Melody Washington LCSW-C

**Inova Medical Group (retired) Internist – Family Medicine**
Dr. Pratima S. Fozdar, MD

**Rose Family Chiropractic of America**
Dr. Jane Martinez, MD

**Bogacki & Bogacki DDS, PC**
Dr. Russell Bogacki
Dr. Katherine Bogacki

**Family / Friends**
Herbert T. Holmes
Brenda G. Thompson
Christian Brooks
Danyele Greenfield
Endeya Grabowski
Crystal Thompson
(This is all I can think of at this time)


**INTERROGATORY NO. 15:**  Identify all persons who provided information used, and

all documents reviewed or referenced, in answering these Interrogatories.

**ANSWER:**  Objection, vague, overbroad, and unduly burdensome.  Except as objected to, and without

waiver, Complainant answers as follows:  The below list represents all persons who provided

information used, and all documents reviewed or referenced, in answering these

Interrogatories.

**MTPD Supervisors (current and former):**
Chief Michael Anzallo
Former Chief Ronald Pavlik Jr.
Former Chief Michael Taborn

Deputy Chief Stephen Boehm
Deputy Chief George Nader

Captain Robert Brewer
Former Captain Julius Byrd
Captain Raymond Gordon
Former Captain Gregory Hanna
Former Captain Hubert King
Former Captain Nopadon McKee

Former Captain Donald Proctor
Former Captain Lance Ware

Former Lieutenant Kevin Berry
Former Lieutenant Eric Brown
Former Lieutenant Monica Hockaday
Lieutenant Marcus McIntyre
Former Lieutenant Derrick Wigglesworth
Lieutenant Sherry Willis

Sergeant Stephen Deveaux
Sergeant John Freeny
Former Sergeant Kenneth Honick
Former Sergeant Roberto Stokes
Former Sergeant Tiffany Washington

**MTPD Employees and MTPD Officers (current and former):**
Former Office of Strategic Planning Dana Johnson (WMATA civilian employee)
Former Officer Christopher Archer
Officer Erroll Avant
Former Officer Jeanette Chittick
Former Officer Vernon Clayton
Officer Antoine Curtis
Former Officer Andrea Edwards
Officer Darnell Hall
Officer Brad Hanna
Former Officer Patrina Pettegrue
Former Officer Anthony Reefer
Officer Shenandoah Young

**WMATA Office of Inspector General**
Rafael A. Medina
Michael Hayunga
Joshua Wolf

**WMATA Human Resources Staff (current and former)**
- Sharon Andrews – WMATA Human Resources Senior Employee Relations Officer
- Joyce Brown – WMATA Director of Equal Employment Opportunity
- Lisa Johnson – WMATA CIVR Office Assistant
- Franklin Jones – Former WMATA Office of Civil Rights Investigator
- Ray Lanier – Former WMATA Office of Civil Rights Investigator

- Renae C. Lee - WMATA Human Resources Equal Employment Opportunity Officer (EEOO)/Office of Equal Employment Opportunity (OEEO) Department of Fair Practices
- Luis McSween – WMATA Human Resources Senior Employee Relations Officer
- Ramona Parahoo – Former WMATA Office of Civil Rights Investigator
- Beverly Pollard – Former WMATA Office of Civil Rights Investigator
- Karen Williford – Former WMATA Office of Civil Rights Investigator
- James Wynne – Former WMATA Office of Civil Rights Director

**WMATA Employee Assistance Program (EAP)**
Jessie McClain


**WMATA Human Resources Talent Management**
John Toshes

**Pastor / Spiritual Advisor – Open Door Baptist Church**
Reverend – Doctor Bernard M. Taylor

**Ray of Hope Mental Health Counseling**
Melody Washington LCSW-C

**Inova Medical Group (retired) Internist – Family Medicine**
Dr. Pratima S. Fozdar, MD

**Rose Family Chiropractic of America**
Dr. Jane Martinez, MD

**Bogacki & Bogacki DDS, PC**
Dr. Russell Bogacki
Dr. Katherine Bogacki

(This is all I can think of at this time).


I HEREBY CERTIFY that the forgoing is true and correct to the best of my information,

knowledge, and belief.


Date:  March 29, 2023                    /s/ Tomika Holmes
                                         Tomika Holmes

                                         Respectfully,

/s/ *Donna Williams Rucker*
Donna Williams Rucker
Managing Partner
Tully Rinckey PLLC
2001 L Street, NW, Suite 902
Washington, DC 20036
drucker@fedattorney.com
202-787-1900 (Office)
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of March 2023, a copy of the

foregoing Plaintiff's Answers to Defendant's First Set of Interrogatories was

electronically mailed to:

> Michael K. Guss, # 465171
> Senior Counsel- WMATA
> 300 7th Street, SW
> Washington, DC 20026
> (202) 962-1468
> mkguss@wmata.com

> <u>_/s/ Donna Williams Rucker</u>
> Donna Williams Rucker